IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PEDRO ESPINO-PAEZ, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:04-3015-KOB-TMP |
| | ) |
| JOHN ASHCROFT, Attorney General | ) |
| of the United States; SCOTT HASSELL, | ) |
| Chief Correctional Officer, Etowah | ) |
| County Jail, | ) |
| Respondents. | ) |

O R D E R

On May 4, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

DONE and ORDERED this 19th day of May 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the petitioner's copy of the report and recommendation was returned to the court by the postal service, marked "Returned to sender. Attempted, not known."